CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

September 17, 2024
LAURA A. AUSTIN, CLERK
BY:
/s/T. Taylor
DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| **DEANDRE GORDON,**<br>        **Plaintiff,** | **Civil Action No. 7:24-cv-00516** |
| | |
| **v.** | <u>**MEMORANDUM OPINION**</u> |
| | |
| **C/O ROBERTS, et al.,**<br>        **Defendant(s).** | **By:  Robert S. Ballou**<br>**United States District Judge** |

Plaintiff, proceeding pro <u>se</u>, filed a civil rights complaint, pursuant to  42 U.S.C. §1983. By order entered August 8, 2024, the court directed plaintiff to submit within 30 days from the date of the order a statement of assets and a prisoner trust account report (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. The prisoner trust account report must be filled out, signed, and dated by the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.    The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

Enter:  September 17, 2024

*/s/ Robert S. Ballou*

Robert S. Ballou
United States District Judge